# REBORE, THORPE & PISARELLO, P. C.  DOCKET & FILE
ATTORNEYS AT LAW

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

OCT 31 2005

TIMOTHY J. DUNNING
WILLIAM J. PISARELLO
PAUL W. THORPE, JR.

500 BI-COUNTY BLVD.
FARMINGDALE, N.Y. 11735
(631) 249-6600
(718) 464-9257

FAX (631) 249-8190

October 28, 2005

P.M. _____
A.M. _____

**VIA FACSIMILE ONLY: (718)797-7386**
Magistrate Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 208
Brooklyn, NY 11201

Re:  Sherif Abdou v. Emmanuel...
     Docket Number: 05-CV-3946 (JG) (KAM)

*[Handwritten note:]* The initial conference in this matter, originally scheduled for 11/2/05, is adjourned to November 22 at 11:00 a.m. So Ordered s/KAM dated 10/28/05

Dear Magistrate Matsumoto:

The above-referenced matter is scheduled for an initial conference at 10:00 a.m., on Wednesday, November 2, 2005. My office was retained to represent the defendants, Emmanuel & Marie Gurrieri. Counsel for the plaintiff stipulated to extend the time for defendants to answer the complaint, based upon our recent referral of the matter, to November 4, 2005. Jurisdictional defenses as to service of process have been waived. Since the defendants have not yet appeared in the matter, I respectfully request that the initial conference be adjourned in order to permit my office to serve an answer to the complaint.

I contacted the attorney for the plaintiff, Mark H. Bierman, Esq., and obtained his consent to this request for an adjournment. All counsel are available to appear before Your Honor on November 17, 2005 or November 22, 2005, or such other date thereafter as the court deems appropriate.

Finally, please note that I have advised your chambers that my office is currently getting up to speed on the ECF filing requirements. Due to technical difficulties and the need for some software and training, we will not be able to file anything electronically with the Court for the next few days. Therefore, this request can only be presented to your chambers via facsimile. Although we are currently unable to file electronically, I expect

this problem to be corrected within the next few business days.

Your consideration of the foregoing request is appreciated. Please also note that any response to this request can, for the Court's convenience, be electronically mailed to me at *tdunn@rtplaw.net*. While we are still adapting to the ECF format, I am concerned that we may not be able to get any regular Court notification via electronic means.

                              Very truly yours,

                              REBORE, THORPE & PISARELLO, P.C.

                              Timothy J. Dunn, III (TJD-2349)

TJD/gfs
CC: Beranbaum, Menken, Ben-Asher and Bierman, LLP
Attn: Mark H. Bierman, Esq.
**VIA FACSIMILE ONLY: (212)509-8088**

*Defendant's*
~~MOVANTS~~ COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.